# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

**NATHAN VINCEN VOSSLER**

## CRIMINAL COMPLAINT

CASE NUMBER: 1:16-mj-00002

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On, about, or between December 8, 2015 and December 29, 2015, in Marion County, in the Southern District of Indiana defendants did,

Count 1: Receiving and Possessing Child Pornography
Count 2: Possession of Child Pornography

in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4)(B) and (b)(2).   I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

_____
Det. Darin Odier, Task Force Officer - FBI

**Sworn to before me, and subscribed in my presence**

January 4, 2016
**Date**

at   Indianapolis, Indiana

_____
Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Darin Odier, hereby depose and state as follows:

1.     **Affiant**: I am a Detective in the Cybercrime Unit of the Indianapolis Metropolitan Police Department.  I am also a cross-designated Task Force officer assigned to the FBI the Indianapolis Violent Crimes Against Children Task Force.  I have over 26 years of law enforcement experience.  I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have written numerous search warrants involving internet crimes against children cases and participated in their execution.  I have attended the Crimes Against Children Conference in Atlanta, Georgia and attended numerous classes related to investigating the online sexual exploitation of children.  I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state and local law enforcement agencies.  I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography.  As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2.     **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses.

Because this affidavit is being submitted for the limited purpose of securing a search warrant, the affiant has not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that to believe that the person listed below has committed criminal offenses.

3. **Requested action**: I make this affidavit in support of an application for a Criminal Complaint and Arrest warrant for **Nathan Vincen Vossler (Vossler)**, a resident of Indianapolis, Indiana, for offenses committed in the Southern District of Indiana.

4. **Probable Cause:** For the reasons listed below, there is probable cause to believe that **Nathan Vincen Vossler (Vossler)** has committed these offenses:

5. **Receiving and Possessing Child Pornography**: This investigation concerns alleged violations of 18 U.S.C. § 2252(a) which prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depictions of minors using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct.

    a. **COUNT ONE**: On, about or between December 8 and December 29, 2015, **NATHAN VINCEN VOSSLER (VOSSLER)** knowingly received visual depictions, using any

means or facility of interstate or foreign commerce and in or

affecting interstate or foreign commerce, by any means

including by computer, where the producing of such visual

depictions involved the use of a minor engaging in sexually

explicit conduct and such depiction was of such conduct, as

defined in Title 18, United States Code, Section 2256(2)(A) in

violation of **18 U.S.C. § 2252(a)(2)**

b. **COUNT TWO**:  On, about or between December 8 and

December 29, 2015, **NATHAN VINCEN VOSSLER**

**(VOSSLER)** knowingly possessed one or more books,

magazines, periodicals, films, video tapes, and other matter,

which contained visual depictions that had been mailed, or

shipped or transported using any means or facility of

interstate or foreign commerce, or shipped and transported

in or affecting interstate or foreign commerce, or which were

produced using materials which had been mailed, or so

shipped or transported, by any means including by

computer, where the producing of such visual depictions

involved the use of minors under the age of 12 years

engaging in sexually explicit conduct and such visual

depictions were of such conduct, in violation of Title 18,

United States Code, Section 2252(a)(4)(B) and (b)(2).

6. **Definitions**: The following definitions apply to this Affidavit and its Attachments:

    a. The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

    b. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

    c. The term "sexually explicit conduct" means actual or simulated:

       1)    Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same sex or opposite sex;

       2)    Masturbation;

       3)    Sadistic or masochistic abuse; or

       4)    Lascivious exhibition of the genitals or pubic area of any person.

    d. The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical,

arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

e.  The term "child pornography," as defined in 18 U.S.C. § 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where 1) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; 2) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or 3) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

f.  The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not

limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks (DVDs), Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

7.  **The Investigation**:  On December 29, 2015, Deputy Joseph Hodson was working as a special deputy with the Marion County Sheriff's Office and employed by the Marion County Superior Court Probation Department.

8.  On December 29, 2015 Deputy Hodson and Deputy Nathan Dorsch went to 4455 Crittenden Ave Indianapolis, Indiana to perform a probation search of Nathan Vossler, DOB 6-16-1976.

9.  Vossler is on probation for sexual battery out of Marion County Superior Court and as a term of his sex offender conditions of probation, Vossler is to submit to a search of his person, vehicle, or property, at any time, by representatives of the probation department, in conjunction with law

enforcement.

10.    The deputies knocked on the door of the residence and were met by Vossler's brother who allowed the deputies into the residence.

11.    The deputies observed Nathan Vossler inside of the residence, exiting a bedroom which the brother indicated was Vossler's bedroom. The deputies identified themselves and stated the purpose of their presence.

12.    A search of Vossler's person revealed a Motorola cell phone in his right front pants pocket. It appeared to be a smartphone capable of accessing the internet.

13.    During a search of Vossler's room a Kyocera flip phone was found.

14.    It is a violation of the terms of Vossler's probation for him to possess a portable electronic device capable of accessing the internet.

15.    The deputies did a preliminary search of the Motorola cell phone and observed multiple images and videos of what appeared to be very young girls engaged in sexually explicit conduct.

16.    Nathan Vossler was arrested and transported to the Marion County jail.

17.    **Forensic examination**: On December 30, 2015 Dep. Hodson obtained a search warrant to forensically exam the Motorola and Kyocera phones (including any removable media, such as a micro SD card) recovered from Vossler.  Dep. Hodson then took the phones and the search warrant to Detective Grant Melton, a law enforcement officer and Digital Forensic examiner with the Indianapolis Metropolitan Police Department.

18.    This affiant has worked with Det. Melton on numerous occasions and knows Det. Melton has extensive and highly technical training and experience in performing digital forensic examinations on multiple types of devices.

19.    Det. Melton has assisted this affiant in investigations that have resulted in charges being filed in State and Federal court including the Southern District of Indiana.

20.    Det. Melton's forensic examination of the Motorola cell phone recovered from Vossler's pocket determined that a 32 gigabyte micro SD card was installed in the device. There were over 40 child pornography videos recovered from the micro SD card.  These videos were stored in several different directories on the SD card, with records recovered showing that some of the videos had been stored in multiple directories. This is consistent with Vossler moving and manipulating the files on the device.

21.    The following videos described by this affiant, including file name, location, creation date and the last date the file was played, were discovered in the forensic examination of the micro SD card recovered from the Motorola cell phone.

1. **Filename "Toddler Rape kiddy daughter pedo incest Diaper pthc 1yo 2yo 3yo 4yo 5yo 6yo 7yo 8yo.wmv"** is described as a video showing a toddler aged girl laying on her back with her feet held by her head. An adult male moves her diaper and straddles the child. The adult male tries to forcibly penetrate the vaginal area of the child with his penis and

ejaculates on her vaginal area.  This file was located in the "\new 12-29-2015" directory. The creation date was 12/29/2015 at 1:32 AM. Two additional records of this file were found in directories "/Download/incoming/files/" and "Download/temp". There was a record in the videos database of this file being last played on 12/29/2015 at 3:44 AM from the directory /Download/incoming/files/".

2. **Filename "Qqaazz Pthc Pedo - Kyky(Anal,Crying) 2Yo Girl Criesã¢Â¦Dy Fucks Her Ass - Please Post More Like This Pthc.avi"** is described as a video of a toddler girl crying while an adult male penetrates her anal area with his penis.  This file was located in the "/new 12-29-2015" directory.  The creation date was 12/29/2015 at 8:05 AM.  Two additional records of this file were found associated with files located at "/ffxii/qaz2.txt/" and "ffxii/qaz2.zip/".  There was a record in the videos database of a file with this same filename being played from directory "/ffxii/" on December 8, 2015 at 10:41 pm, as well as from the phone's internal memory on December 13, 2015 at 2:37 pm and December 27, 2015 at 8:35 pm, and from the micro SD card directory "/new 12-29-2015" on December 29, 2015 at 1:45 pm.

3. **Filename "Pedofilia abuso Carol 6Yo Free Loving Family ou 4yo with mum & dad in toilet (8m59s).flv"** is described as a video of a prepubescent girl sitting on a toilet with her vaginal area exposed. An adult male stands in front of her with his penis by her face. An adult female kneels next to the toilet and performs oral sex on the male. The

adult female then puts the male's penis in the mouth of the child while the adult female rubs the vaginal area of the child. This file was located in the "/ffxii" directory. The creation date was 12/10/2015 at 07:29 am. There was a record in the videos database of this file being played from this directory on 12/13/2015 at 2:39 pm.

4. **Filename "[toddler]-1yo homevid babygirl fucked.avi"** is described as a video of a prepubescent female crying as an adult female ties a collar and chains around the child's neck. The adult female rubs and licks the vaginal area of the child before an adult male rubs and pushes his penis against the anal area of the child. This file was located at path "/keep/vvvg/". The file created time was 12/18/2015 at 1:29 pm. There were also records of this file located in directories "/ffxii", "/keep", "/keep/vvvg.zip/vvvg", and "/zlast". There was a record in the videos database of this file being played from the "/Download/incoming/files" directory on 12/19/2015 at 5:01 am.

5. **Filename "opva 2014 Thai Pedomom (more Please).mp4"** is described as a prepubescent girl and an adult female on a bed. The child is directed to lick the vaginal area of the adult female. This file was located in 2 directories; "/new 12-29-2015" and "/Download/incoming/files/". The created date for this file was 12/26/2015 at 4:48 am. There was a record in the videos database of this file being played from the "/Download/incoming/files/" directory on 12/29/2015 at 3:46 am.

22.   A Peer-to- Peer file sharing program called AMLDONKEY was

installed on the Motorola phone. This affiant knows file sharing programs are often used by persons sexually attracted to children to download and share images and videos of child pornography.

23. **Interview of Vossler:** On January 1, 2015 this affiant and IMPD Det. Laura Smith interviewed Nathan Vossler in the Marion County Jail. Vossler was read his Miranda rights and signed a waiver of rights form.

24. During an interview that was recorded by audio and video, Vossler admitted having the Motorola phone for a few months.

25. Vossler stated he came to Indianapolis and began living with his brother in early December of 2015.

26. Vossler acknowledged he has multiple arrests and at least one conviction for crimes against children. He said his self-described addiction to pornography, including child pornography began about 2004. Vossler estimated that at one point, he had nine computers with images and videos of child pornography numbering probably in the tens of thousands.

27. Vossler stated that he downloaded the peer-to-peer file sharing program AMLDONKEY via the internet onto his Motorola phone. It took him a while to understand how to use it but, while living in Indianapolis, he eventually began to search for and download images and videos of pornography and child pornography through AMLDONKEY using WiFi to access the internet. One search term Vossler said he used was "Pedo."

28. Vossler stated that he was initially concerned about file sharing, knowing that it would be bad if he was caught, but with AMLDONKEY he

couldn't determine if he was sharing his files with others. He ultimately decided to proceed with downloading regardless of whether he was sharing his child pornography with others.

29.   Vossler admitted using his Motorola cell phone to download, move, and save images and videos of children under the age of 11 years engaged in sexually explicit conduct. Vossler stated he knew they were illegal but "couldn't save him from himself". Vossler admitted saving these images and videos to the SD card and other places on the Motorola phone.

30.   When asked about a video entitled "3-year-old fucked in parking lot," Vossler didn't have a specific recollection of the video, but he indicated that it was consistent with videos he had on the phone. Vossler also admitted there have been times when he masturbated to images or videos of child pornography.

31.   **Interstate and Foreign Commerce**:  From my training and experience, I know that the Internet is a facility of interstate and foreign commerce.  The Motorola cell phone on which Vossler received and possessed child pornography was manufactured outside of the State of Indiana and, therefore, traveled in interstate commerce.

32.   **Conclusion**:  Based upon the contents of this Affidavit, I
respectfully request that the Court issue a Criminal Complaint and Arrest
Warrant for Nathan Vincen Vossler, DOB 6-16-1976 charging him with the
offenses listed above.

_____

Det. Darin Odier
Task Force Officer

Subscribed and sworn to before me on January 4, 2016

_____

Hon. Tim A. Baker
United States Magistrate Judge